IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | | |
|---|---|---|---|
| MISSOURI DEPARTMENT OF CORRECTIONS, | ) ) ) | | |
| Movant, | ) ) | Case No. | 16-MC-09005-SRB |
| v. | ) ) | Related: | 3:15-CV-00295 |
| RICHARD JORDAN and RICKY CHASE, | ) ) ) | | (S.D. Miss.) |
| Respondents. | ) ) | | |

**PROTECTIVE ORDER**

On July 1, 2016, the Court held a hearing on Missouri Department of Corrections'

Motion to Quash Third-Party Subpoena. A portion of the hearing was sealed with only MDOC's

and Jordan and Chase's attorneys present in the courtroom. Jordan and Chase's attorneys have

now requested copies of that sealed portion of the transcript for use in filing a response before

the Eighth Circuit Court of Appeals. Accordingly, it is hereby ORDERED that counsel for

Respondents Jordan and Chase may not use or distribute the sealed transcript, except to file their

response and the sealed transcript with the Eighth Circuit Court of Appeals. This Protective

Order shall remain in effect until further order of this Court.

**IT IS SO ORDERED.**

_____
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: <u>September 20, 2016</u>