# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3072

In re: Missouri Department of Corrections

Petitioner

------------------------------

M7

Intervenor

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:16-mc-09005-SRB)

---

## ORDER

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

November 22, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans